# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| PNC Bank, N.A., successor to National City Bank, successor in interest to MidAmerica Bank, fsb<br><br>Plaintiff,<br><br>v.<br><br>T K Property Management, Inc., an Illinois corporation; Krzysztof Stasik; Tomas Rzadkosz.,<br><br>Defendants. | Case No. 11 cv 8459<br><br>Assigned Judge: Ruben Castillo<br><br>Magistrate Judge: Morton Denlow |

## MOTION FOR JUDGMENT OF FORECLOSURE AND SALE

NOW COMES the Plaintiff, PNC Bank, N.A., successor to National City Bank, successor in interest to MidAmerica Bank, fsb, by its attorneys CROWLEY & LAMB, P.C., and moves the Court for the entry of a Judgment of Foreclosure and Sale in its favor and against the Defendant(s):

T K Property Management, Inc., an Illinois corporation, and as grounds thereof state:

As appears from the Affidavit of Plaintiff placed on file in support of this Motion, and from the pleadings and admissions on file, there is no genuine issue as to any material fact, and the Plaintiff is entitled to a Judgment of Foreclosure and Sale in this case as a matter of law.

>PNC Bank, N.A., successor to National City Bank, successor in interest to MidAmerica Bank, fsb
>
>
>By: /s/Shannon C. McKinley
>    One of Its Attorneys

Patrick D. Lamb (ADRC#3128062)
Shannon McKinley (ARDC#6298914)
CROWLEY & LAMB, P.C.
221 N. LaSalle Street, Suite 1550
Chicago, Illinois 60601
(312) 670-6900
plamb@crowleylamb.com
smckinley@crowleylamb.com